UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOEL JAMES CLOUD,

Plaintiff,

v.

CASEY QUINN, et al.,

Defendants.

Case No. 25-cv-08291-EKL

**ORDER SCREENING COMPLAINT, DISMISSING AS DUPLICATIVE, AND DENYING PENDING MOTIONS AS MOOT**

Re: ECF Nos. 2, 3, 5

Plaintiff Joel James Cloud, a state detainee, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 seeking money damages against several Rohnert Park Police Department officers and firefighters who participated in his November 22, 2024 arrest. *See* ECF Nos. 1, 7. He also filed motions to proceed *in forma pauperis* and for the appointment of counsel. ECF Nos. 2, 3, 5. Cloud's amended complaint is now before the Court for screening pursuant to 28 U.S.C. § 1915A. Court records indicate that Cloud filed an earlier case raising the same claims against the same or related defendants. *See Cloud v. County of Sonoma*, Case No. 25-cv-00868-EKL ("Case No. 25-00868"). In a January 12, 2026 order in his prior case, the amended complaint was dismissed without prejudice to Cloud reopening that matter upon the reversal, expungement, or other court order calling his conviction into question such that *Heck v. Humphrey*, 512 U.S. 477 (1994), no longer bars his federal cause of action. *See* Case No. 24-2051, ECF No. 17.

Because Cloud now raises claims identical or otherwise stemming from the same operative facts as those raised in his prior case, his case will be dismissed as duplicative. If he wishes to continue pursuing these claims, Cloud must follow the Court's instructions to file a motion to re-open his earlier case and show that his claims are no longer barred by *Heck*. This case is

United States District Court
Northern District of California

DISMISSED WITHOUT LEAVE TO AMEND as duplicative. *See Adams v. Cal. Dept. of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007). The pending motions to proceed *in forma pauperis* and for the appointment of counsel shall be terminated as moot, and the Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: April 6, 2026

Eumi K. Lee
United States District Judge

2